COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-08-081-CV

 

IN RE ROBERT GENE CUNNINGHAM,                                         RELATOR

INDIVIDUALLY AND AS REPRESENTATIVE 

OF THE ESTATE OF PATRICIA MAUDINE 

CUNNINGHAM, DECEASED

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relator=s
petition for writ of mandamus is denied. 
Further, real party in interest=s AMotion
For Sanctions@ is denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

 

PANEL  B:  DAUPHINOT, HOLMAN, and GARDNER, JJ. 

 

DELIVERED: 
March 12, 2008











    [1]See
Tex. R. App. P. 47.4.